**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**MORRIS KOONTZ**                                                          **PLAINTIFF**
**VDOC #2302137**

**V.**                              **NO. 2:25-cv-00246-KGB-ERE**

**DEXTER PAYNE,** *et al.*                                              **DEFENDANTS**

## ORDER

*Pro se* plaintiff Morris Koontz has filed a motion for a status update regarding this lawsuit. *Doc. 17*.

On March 23, 2026, I recommended that: (1) Mr. Koontz be allowed to proceed on his medical deliberate indifference claims against Defendants Johnson, Jones, Scott, Smith, Allen, and Esau; (2) Mr. Koontz's claims for money damages against any Defendant in his or her official capacity be dismissed, without prejudice; (3) Mr. Koontz's remaining claims be dismissed, without prejudice, for improper joinder; and (4) the Clerk be instructed to terminate Payne, Wallace, Culclager, Straughn, Ball, Richardson, Owens, Hammock, Mitchell, Fondreau, Gray, Palmer, Cotton, Lay, Jackson, and Reed as party Defendants. *Doc. 12*. On April 10, 2026, Mr. Koontz filed objections to my Recommendation. *Doc. 13*. On July 20, 2026, Chief District Judge Kristine Baker adopted my recommendation. *Doc. 16*. Service will now be attempted for the remaining Defendants by separate Order.

IT IS SO ORDERED THAT:

1.      Mr. Koontz's motion for a status update (*Doc. 17*) is GRANTED.

2.      The Clerk is instructed to provide Mr. Koontz a copy of the docket sheet for this lawsuit, along with a copy of this Order.

SO ORDERED 22 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2